1
2
3
4
5
6     IN THE UNITED STATES DISTRICT COURT

7     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    PHILIP JOSEPH SCOMA,

10              Plaintiff,                          No. C 09-03295 JSW

11        v.

12   ANTHONY HEDGPETH, Warden of Salinas          **ORDER TO SHOW CAUSE**
     Valley State Prison,
13
              Defendant.
14   _____/

15
         Petitioner, Philip Joseph Scoma, a state prisoner, has filed a petition for a writ of habeas
16
     corpus pursuant to 28 U.S.C. § 2254.
17
                                       **BACKGROUND**
18
         Petitioner was acquitted of attempted murder, but found guilty of the lesser included
19
     offense of attempted voluntary manslaughter for the shooting of his son, Nicholas Scoma.
20
     Petitioner was sentenced to a term of ten years in prison.  Petitioner is currently incarcerated at
21
     Salinas Valley State Prison in Soledad, California.
22
                                       **LEGAL CLAIMS**
23
         Petitioner seeks habeas relief and challenges the judgment and conviction on the
24
     grounds that they are invalid in violation of the Sixth and Fourteenth Amendments to the United
25
     States Constitution.  Petitioner contends that the trial court improperly  instructed as to the
26
     required intent to convict Petitioner of attempted voluntary manslaughter.  Petitioner also
27
     contends that he was deprived his right to effective assistance of counsel at trial and on appeal.
28

1    Liberally construed, the claims appear potentially colorable under 28 U.S.C. § 2254 and

2   merit an answer from Respondent.

3                                    **CONCLUSION**

4    For the foregoing reasons and for good cause shown:

5    1.    The Clerk shall serve by certified mail a copy of this Order and the petition, and

6          all attachments thereto upon Respondent and Respondent's attorney, the

7          Attorney General of the State of California.

8    2.    Respondent shall file with the Court and serve on Petitioner, within 60 days of

9          the date of this Order, an answer conforming in all respects to Rule 5 of the

10         Rules Governing Section 2254 Cases, showing cause why a writ of habeas

11         corpus should not be issued.  Respondent shall file with the answer and serve on

12         Petitioner a copy of all portions of the administrative record that are relevant to a

13         determination of the issues presented by the petition.

14   3.    If Petitioner wishes to respond to the answer, he shall do so by filing a traverse

15         with the Court and serving it on Respondent within 30 days of his receipt of the

16         answer.

17   **IT IS SO ORDERED.**

18

19   Dated:  March 12, 2010

20                                                    JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28